TELEPHONE SECRETARIAL SERVICE, Appellant, v. S. R. SHERMAN, Respondent

Christ, Acting P. J., Brennan, Hopkins, Benjamin and Munder, JJ., concur.